## Klein et vir, Appellants, *v.* Cheltenham Township School District.

Argued March 26, 1973. *Michael M. Goss*, and *Weinstein, Goss and Katzenstein*, submitted a brief for appellants; *Norman S. Berson*, with him *Norton A. Freedman*, for appellee.

Judgment affirmed.

## Knepper *v.* Knepper, Appellant.

Argued March 21, 1973. *Murray Mackson*, with him *Dower, Mackson, Hauff & Hettinger*, for appellant; *Arnold Sousa*, with him *John G. Cipko*, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Lopatofsky *v.* Lopatofsky, Appellant.

Argued March 20, 1973. *James F. Geddes, Jr.*, with him *Joseph V. Kasper*, for appellant; *Martin T. Dillon*, with him *Robert G. Dean*, for appellee.

Order affirmed.

WATKINS, J., would quash.